STATE OF NEW JERSEY v. ROGERS KELLY.

March 25, 1986.

Cross-petition for certification denied. (See 204 *N.J.Super.* 283)

STATE OF NEW JERSEY v. EDDIE THOMAS.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE THOMAS.

March 25, 1986.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY RUSSILLO.

March 25, 1986.

Petition for certification denied.